

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00514-CR

Kelvin Houston a/k/a Kevin Houston   §   From the 362nd District Court

          §   of Denton County (F-2009-2858-D)

v.             §   August 22, 2013

          §   Opinion by Justice Walker

The State of Texas       §   (p)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the requirement that appellant reimburse compensation paid by Denton County to any appointed counsel on this cause. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _____
   Justice Sue Walker